# UNITED STATES DISTRICT COURT RECEIVED

<u>MIDDLE</u>_____District of _____ALABAMA ANDY 21 □ 4: 48

DEBRA P. HACKETT, CLK
SUMMONS IN A CIVIL CASE
MIDDLE DISTRICT ALA

KENDRICK DORTH and
RICHARD THOMAS, as owner of
ROSE SUPPER CLUB

v.                                                      CASE NUMBER: 2 07-CV-1034

THE CITY OF MONTGOMERY,

.

TO: (Name and address of Defendant)
L.C. CREMEENS
14 Madison Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIF'S ATTORNEY (name and address)

Fred F. Bell (ASB BEL014)
1015 S McDonough Street
Montgomery, AL 36104
Telephone: (334) 265-8176
Facsimile (334) 265-8177/78
E-mail: ffbell@netzero.com

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

*Debra P. Hackett*                              11/27/07

CLERK                                                DATE

*William C. L...*

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the third-party defendant. Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
　　　　　　　　　　Date　　　　　　　　　　　　Signature of Server


_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>_____District of _____<u>ALABAMA</u>_____

**SUMMON IN A CIVIL CASE**

KENDRICK DORTH and
RICHARD THOMAS, as owner of
ROSE SUPPER CLUB

v.                                    CASE NUMBER: 2:07-CV-1034-1

THE CITY OF MONTGOMERY,
L.C. CREMEENS.

TO: (Name and address of Defendant)

**The City of Montgomery
103 North Perry Street
Montgomery, AL 36104**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIF'S ATTORNEY (name and address)

Fred F. Bell (ASB BEL014)
1015 S McDonough Street
Montgomery, AL 36104
Telephone: (334) 265-8176
Facsimile (334) 265-8177/78
E-mail: ffbell@netzero.com

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                    11/27/07

_____            _____
CLERK                                  DATE

*William C. R___*
_____            _____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
          Date          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.