**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

L.C. Cremeen
14 Madison Street
Montgomery AL
36104

07cv1034 SLC

7004 2510 0002 1981 9821

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail    ☐ Insured
☒ Return Receipt for Merchandise    ☐ COD

7. Date of Delivery

5. Received By: (Print Name)
FRANK POOL

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X Frank Pool

PS Form **3811**, December 1994        Domestic Return Receipt

*Is your RETURN ADDRESS completed on the reverse side?*

*Thank you for using Return Receipt Service.*