**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the ~~ the article number.
- The Return Receipt will show to whom the ~~ date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

7004 2510 0002 1981 9852

3. Article Addressed to:

The City of Montgomery
103 North Perry Street
Montgomery, AL 36104

07cv1034 S+C

4b. Service Type
☑ Registered        ☑ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery  11/30/07

5. Received By: (Print Name)
FRANK POOL

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X Frank Poole

PS Form **3811**, December 1994          **Domestic Return Receipt**

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.