IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KENDRICK DORTH and RICHARD THOMAS,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) ) | CASE NO. 2:07cv1034-MEF |
| **CITY OF MONTGOMERY and L.C. CREMEENS,** ) ) ) | |
| **Defendants.** ) | |

**CONFLICT DISCLOSURE STATEMENT**

By and on behalf of the City of Montgomery the undersigned attorney hereby makes and files the following disclosure statement:

1. The City of Montgomery is a municipal corporation located in Montgomery, Alabama.

2. The City of Montgomery is a governmental entity and has no other reportable relationships to disclose.

Dated this the 21st day of December, 2007.

/s/ Kimberly O. Fehl
Counsel for
City of Montgomery
City of Montgomery Legal Department
103 N. Perry St.
Montgomery, AL 36101
(Phone) 334-241-2050
(Fax) 334-241-2310

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to be served upon the following:

Fred F. Bell, Esq.
1015 South McDonough Street
Montgomery, AL  36104

Wes Romine, Esq.
*Morrow, Romine & Pearson, P.C.*
Post Office Box 4804
122 South Hull Street
Montgomery, AL  36103-4804

    /s/ Kimberly O. Fehl
    Of Counsel