IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENDRICK L. DORTCH, and ) <br> RICHARD THOMAS, as owner of ) <br> the ROSE SUPPER CLUB, ) <br>      ) <br>     Plaintiffs, ) <br>      ) CIVIL ACTION NO. **2:07cv1034-MEF** <br> vs. ) <br>      ) <br> THE CITY OF MONTGOMERY, and ) <br> LT. G.C. CREMEENS, ) <br>      ) <br>     Defendants. ) | |

### DEFENDANT G.C. CREMEENS' MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT CREMEENS' MOTION FOR SUMMARY JUDGMENT

Comes now the Defendant, G.C. Cremeens in the above case and submits to the Court that on August 14, 2008 a summary judgment was filed by Defendant Cremeens (Doc. 16). By order of the Court dated August 15, 2008 the Plaintiffs were required to file their response to summary judgment on or before August 28, 2008. (Doc. 18) Defendant Cremeens was then given until September 4, 2008 to file a reply to the response to his summary judgment. (Id.) That on September 3, 2008 Plaintiffs' counsel filed a motion to extend the time for filing a response to the summary judgment motion. (Doc. 19). That the motion stated that it was anticipated that a response would be filed on September 3, 2008. (Id.) That at approximately 11:00 a.m. on September 4, 2008 Plaintiffs served their response to Defendant Cremeens' motion for summary judgment on counsel for Defendant Cremeens. (Doc. 20). The response included evidentiary submissions in the form of affidavits. Consequently, counsel requests that he be allowed until September 11, 2008 to file a reply brief to the response of Plaintiffs.

Submitted this the 4th day of September, 2008.

>Respectfully submitted,
>
>/s/ Wesley Romine
>WESLEY ROMINE (ROM002)
>ONE OF THE ATTORNEYS FOR
>DEFENDANT G.C. CREMEENS

OF COUNSEL:
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
122 South Hull Street
Montgomery, AL 36103-4804
Telephone:   (334) 262-7707
Facsimile:    (334) 262-7742
Email:         wromine@mrplaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I electronically filed the foregoing with the Court using the CM/ECF system, and I hereby certify that I am serving the foregoing documents to the following:

| | |
|---|---|
| Hon. Fred F. Bell | Hon. Kimberly O. Fehl |
| 1015 south McDonough Street | City of Montgomery Legal Division |
| Montgomery, AL 36104 | P.O. Box 1111 |
| | Montgomery, AL 36101-1111 |

>Respectfully submitted,
>
>/s/ Wesley Romine
>WESLEY ROMINE (ROM002)
>One of the Attorneys for Defendant
>G.C. Cremeens
>Morrow, Romine & Pearson, P.C.
>P.O. Box 4804
>122 South Hull Street
>Montgomery, AL 36103-4804
>Telephone:   (334) 262-7707
>Facsimile:    (334) 262-7742
>Email: wromine@mrplaw.com

2