IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENDRICK L. DORTCH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:07-cv-1034-MEF |
| | ) | |
| CITY OF MONTGOMERY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the defendant G.C. Cremeens' Motion for Extension of Time to File Reply to Plaintiff's Response to Defendant Cremeens' Motion for Summary Judgment (Doc. #21) filed on September 4, 2008, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 5th day of September, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE